### ARMSTEAD v. EGBERT.

(Supreme Court, Appellate Division, Second Department. December 10, 1912.)

Appeal from Appellate Term, Second Department.

Action by Frank C. Armstead against George W. Egbert. There was an appeal to the Appellate Term, and the party aggrieved by its determination moves for leave to appeal to the Appellate Division. Denied.

Argued before JENKS, P. J., and THOMAS, CARR, WOODWARD, and RICH, JJ.,

George W. Titcomb, of Brooklyn, for the motion.
Edward H. Lockwood, of New York City, opposed.

PER CURIAM. Motion denied, without costs, on the authority of Leach v. Auwell, 138 N. Y. Supp. 975, decided herewith.

---

### JONES v. GREEN et al.

(Supreme Court, Appellate Division, Second Department. December 10, 1912.)

Appeal from Appellate Term, Second Department.

Action by Melvina A. Jones against Louisa Green and others. There was an appeal to the Appellate Term, and the party aggrieved by its determination moves for leave to appeal to the Appellate Division. Denied.

Argued before JENKS, P. J., and THOMAS, CARR, WOODWARD, and RICH, JJ.

Samuel Walker, of Brooklyn, for the motion.
Robert Stewart, of Brooklyn, opposed.

PER CURIAM. Motion denied, without costs, on the authority of Leach v. Auwell, 138 N. Y. Supp. 975, decided herewith.

---

### LACOV v. WHITE'S EXPRESS CO.

(Supreme Court, Appellate Division, Second Department. December 10, 1912.)

Appeal from Appellate Term, Second Department.

Action by Joseph Lacov against White's Express Company. There was an appeal to the Appellate Term, and the party aggrieved by its determination moves for leave to appeal to the Appellate Division. Denied.

Argued before JENKS, P. J., and THOMAS, CARR, WOODWARD, and RICH, JJ.

A. B. Keve, of New York City, for the motion.
Bogart & Bogart, of New York City, opposed.

PER CURIAM. Motion denied, without costs, on the authority of Leach v. Auwell, 138 N. Y. Supp. 975, decided herewith.

---

### O'ROURKE v. BRADEN.

(Supreme Court, Appellate Division, Second Department. December 10, 1912.)

Appeal from Appellate Term, Second Department.

Action by Sarah R. O'Rourke against Maretta J. Braden. There was an appeal to the Appellate Term, and the party aggrieved by its determination moves for leave to appeal to the Appellate Division. Denied.